**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JENNIFER TAYLOR,

    Plaintiff,

v.                                              Case No: 8:15-cv-790-T-30JSS

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Motion for Entry of Order Dismissing Case With Prejudice (Dkt. #21). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Entry of Order Dismissing Case With Prejudice (Dkt. #21) is GRANTED.

2. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of January, 2016.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record